IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

| | | |
|---|---|---|
| TRACY K. BARKER, et al., | : | |
| Plaintiffs, | : | 1:07cv1231 (LMB/BRP) |
| v. | : | |
| ALI MOKHTARE, | : | |
| Defendant. | : | |

2008 MAY 13 P 3: 33

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## NOTICE OF APPEAL

Notice is hereby given that Defendant Ali Mokhtare in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order Denying the Defendant's Motion for Petition for Certification entered in this action on the 18th day of April, 2008.

Respectfully submitted,

ALI MOKHTARE

By: Counsel

*(signature)*

Sarah R. Bagley, VSB #74027
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 facsimile
sbagley@hannonlawgroup.com
*Attorney for Defendant Ali Mokhtare*

_[signature]_
Raeka Safai, *Pro Hac Vice*
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 facsimile
rsafai@hannonlawgroup.com
*Attorney for Defendant Ali Mokhtare*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of May, 2008, I caused to be filed in person Defendant Ali Mokhtare's Notice of Appeal with the Clerk of Court, who will then serve notice of the filing a notice of appeal by mailing a copy to the following pursuant to Rule 3(d) of the Federal Rule of Appellate Procedure:

David M. Kopstein
9831 Greenbelt Road
Suite 205
Seabrook, MD 20706
(301) 552-3330

Stewart Hoffer
Stewart Hoffer PLLC
1601 Westheimer
Houston, Texas 77006
713.651.0773
713.651.0776 (fax)

_[signature]_
Sarah R. Bagley, VSB #74027