# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| Tracy K. BARKER, Et Al., <br> Plaintiffs, <br><br> -vs- <br><br> Ali MOKHTARE, <br> Defendant. | Case No. 1: 07 CV 1231 <br><br> JUDGE BRINKEMA |

### NOTICE OF SETTLEMENT

Please be advised that the parties have reached an agreement to settle this case.

An Agreed Order of Dismissal will be submitted in thirty (30) days.

                                                     Respectfully Submitted,

                                                   /s/ David M. Kopstein
                                      David M. Kopstein, (VSB No. 29999)
                                      KOPSTEIN & PERILMAN
                                      8633 Cross Chase Court
                                      Fairfax, Virginia 22039
                                      (301) 552-3330
                                      (301) 552-2170 – facsimile
                                      Email: dkopstein@cox.net
                                      Attorney for Plaintiff

Of Counsel:

Michael T. Conway, Esq.
Ohio Reg. No. 0058413
Michael T. Conway and Co.
180 Aster Place
Brunswick, Ohio 44212
Xray2alpha@aol.com
330-220-7660 (voice-data-fax)

## SERVICE

      Counsel for the Plaintiff hereby certifies that a copy of the foregoing document was served on the following counsel of record on 16 OCT 2009 by this Court's ECF system:

Raeka Safai, Esq.
1901 18th Street NW
Washington, D.C. 20009
Counsel for Defendant Ali Mohktare

Dennis Carl Barghaan, Jr., Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
Counsel for U.S. State Department

R. Joseph Sher, Esq.
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
Counsel for U.S. State Department

                                                /s/ David M. Kopstein
                                                David M. Kopstein