IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRACY K. BARKER, et al.        )
                               )
            Plaintiffs,        )
                               )
v.                             )        1:07cv1231 (LMB/JFA)
                               )
ALI MOKHTARE,                  )
                               )
            Defendant.         )

## O R D E R

By a facsimile dated March 25, 2010, ostensibly from
plaintiffs, Galen and Tracy Barker have indicated that Michael
Conway, Esquire is no longer their counsel and that any further
communications concerning this civil action be sent directly to
an e-mail address listed in the letter. Other than having this
communication placed in the case file for historical purposes, no
action will be taken on it for multiple reasons. First, the
letter is a facsimile, not an original, and it is not signed by
anyone. Second, although on April 19, 2009, Michael Terrence
Conway, Esquire was admitted pro hac vice to represent
plaintiffs, in accordance with Local Civil Rule 83.1(D)(1)
David Michael Kopstein was, and remains, counsel of record for
plaintiffs, and he has not requested leave to withdraw.

On November 13, 2009, the parties submitted a Notice of
Voluntary Dismissal and this civil action was dismissed on
November 16, 2009. The judgment is now final, as the time in
which to appeal the dismissal has long since expired.

Accordingly, it is hereby

ORDERED that the Clerk docket the facsimile submitted by the plaintiffs, and it is further

ORDERED that the Court will not take any further action in this closed civil action.

The Clerk is directed to forward copies of the facsimile and this Order to counsel of record and a copy of this Order to plaintiffs at the address listed on the facsimile.

Entered this _7ᵗʰ_ day of April, 2010.


Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2